**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:02CR4-7**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **WALTER ANTHONY WEST** | ) | |
| | ) | |


**THIS MATTER** is before the Court on remand from the Fourth Circuit
Court of Appeals for resentencing pursuant to remand from the United
States Supreme Court.  *See, **United States v. West,** **98 Fed. Appx. 259
(4th Cir. 2004), *cert. granted, judgment vacated,* 543 U.S. 1108 (2005);
see also*, 2006 WL 1195219 (4th Cir. 2006).**

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled
for resentencing on **TUESDAY, AUGUST 8, 2006, AT 2:00 PM**, at the U.S.
Courthouse in Asheville, North Carolina.

**IT IS FURTHER ORDERED** that the Federal Defender appoint
counsel to represent the Defendant at resentencing.  A revised
presentence report is not necessary for this hearing.

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of incarceration to the hearing and return him thereto after resentencing. The United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to transmit a copy of this Order electronically to defense counsel, the United States Attorney, the United States Marshal, and the United States Probation Office; a copy shall be furnished to the Defendant by way of regular U.S. Mail.

**IT IS FURTHER ORDERED** that the United States Marshal notify the Clerk's Office upon receipt of this Order.

Signed: June 13, 2006

Lacy H. Thornburg
United States District Judge